**Rockford Life Insurance Company, Plaintiff-Appellant,
v. Production Press, Inc. et al., Defendants-Appellees.**

**Gen. No. 10,127.**

Third District.

October 14, 1957.

Released for publication October 30, 1957.

Gillespie, Burke and
Gillespie, and Williams, McCarthy & Kinley, for appellant; Bellatti, Fay and Bellatti, for appellees. Opinion by JUDGE REYNOLDS. Not to be published in full.